UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNA LEIS,

                Plaintiff,

-v.-

FLAG COMMUNICATION US, LTD,

                Defendant.

21 Civ. 350 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By Order dated March 18, 2021, this case was referred to mediation. (Dkt. #13). Accordingly, the initial pre-trial conference currently scheduled for April 2, 2021, is hereby ADJOURNED pending the completion of mediation.

    SO ORDERED.

Dated:    March 23, 2021
               New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge