



**Kimberly K. Harding**
*Partner*
T 585-263-1037
kharding@nixonpeabody.com

1300 Clinton Square
Rochester, NY  14604-1792
585-263-1000

MEMO ENDORSED

April 27, 2021

***Via CM/ECF and E-MAIL (Failla_NYSDChambers@nysd.uscourts.gov)***

Honorable Katherine P. Failla
U.S. District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

**RE:   *Joanna Leis v. Flag Communication US, LTD***
         ***Case No. 21-CV-350 (KPF)***

Dear Judge Failla:

On behalf of Defendant Flag Communication US, LTD ("Flag"), we write to request an adjournment of the Initial Pretrial Conference scheduled for May 5, 2021 due to a conflict with a previously-scheduled medical procedure.

We therefore respectfully request to adjourn the conference to May 18, May 28, or June 1, and to extend the deadline for pre-conference submissions commensurately.  Counsel for Plaintiff does not oppose this request and is available on the proposed alternate dates.  There have been no previous requests for adjournment.

We have included a "so ordered" line for the Court's convenience.  Thank you for your consideration.

Respectfully submitted,

Kimberly K. Harding

KKH/als

cc:     Davida S. Perry (*Via CM/ECF*)

4821-8428-1831.1

Application GRANTED.  The initial pretrial conference scheduled for
May 5, 2021, is ADJOURNED to May 18, 2021, at 11:30 a.m.  The
conference will be held telephonically.  At the scheduled date and
time, the parties are to call (888) 363-4749 and enter access code
5123533.  Please note, the conference will not be available before
11:30 a.m. The parties' pre-conference submissions (*see* Dkt. #7)
shall be due on or by May 13, 2021.

Dated:    April 27, 2021          SO ORDERED.
          New York, New York

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE

4821-8428-1831.1